UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-141 (SRN/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONDELL LAVELL GHOLSON, | ) | |
| | ) | |
| Defendant. | ) | |

Based on defendant's motion for an extension in the deadlines for sentencing position pleadings in this case, and for good cause shown, IT IS ORDERED that:

Defendant's motion is GRANTED. Sentencing position pleadings shall be due two weeks before the sentencing hearing in this case.

Dated: November 5, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge